UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                            :

PAUL NILES,
                                                             :

               Petitioner,                                      **ORDER**

                                                             :

             -v.-                                           23 Civ. 9186 (RA)(GWG)

                                                             :

DANIELLE DILL
                                                              :

               Respondent.
                                                                :
------------------------------------------------------------------------x

### GABRIEL W. GORENSTEIN, United States Magistrate Judge

       On July 15, 2024, upon respondent's request, the Court ordered docket entries containing the victim's name to remain under seal and ordered respondent to "file on or before July 29, 2024, a version of documents 20, 22, 23, and 24 in which the name of the victim is redacted." Order, dated July 15, 2024 (Docket # 29). On July 25, 2024, respondent apparently attempted to comply with this Order (see Docket # 30) but in fact not every instance of the victim's full name was redacted. See, e.g., Docket # 30-2 at "Page 10 of 50."

       Then, on August 20, 2024, petitioner filed a declaration in which the victim's full name is visible in some instances. See Declaration of Paul Niles in Opposition, dated August 11, 2024 (Docket # 32) at 10.

       To remedy this situation, respondent is directed to (1) recheck Docket # 30 and file a version in which every instance of the name of the victim is redacted; and (2) file a version of Docket # 32 in which every instance of the victim's name is redacted. These filings shall be made by September 26, 2024.

       The Court hereby directs the Clerk to seal Docket # 30 and # 32 so that these filings are visible only to case participants and the Court.

       SO ORDERED.

Dated: September 12, 2024
       New York, New York

                                                                         GABRIEL W. GORENSTEIN
                                                                         United States Magistrate Judge