UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
            :
PAUL NILES,
            :
         Petitioner,                    **ORDER**
            :
    -v.-                            23 Civ. 9186 (RA)(GWG)
            :
DANIELLE DILL
            :
         Respondent.
            :
------------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      On January 13, 2025, petitioner filed an opposing brief to respondent's supplemental memorandum of law which contained, on at least one page, the victim's full name. See Opposition to Respondent(s) Suppl. Brief Memo. Of Law., filed January 13, 2025 (Docket # 44) at 1.

      To remedy this situation, respondent is directed to file a version of Docket # 44 in which every instance of the victim's name is redacted. The filing shall be made by February 28, 2025.

      The Court hereby directs the Clerk to seal Docket # 44 so that it is visible only to case participants and the Court.

      SO ORDERED.

Dated: February 14, 2025
       New York, New York

                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge