UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
PAUL NILES,
:
                Petitioner,                              **ORDER**
:
      -v.-                                          23 Civ. 9186 (RA)(GWG)
:
DANIELLE DILL
:
                Respondent.
:
------------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      On or about July 10, 2024, several exhibits attached to Docket # 22 were sealed as they contained the victim's name. On July 15, 2024, the Court ordered docket entries containing the victim's name to remain under seal and ordered respondent to "file on or before July 29, 2024, a version of documents 20, 22, 23, and 24 in which the name of the victim is redacted." Order, dated July 15, 2024 (Docket # 29). On July 25, 2024, respondent purported to comply with this Order (see Docket # 30). However, it appears to the Court that at least one exhibit attached to Docket # 22 that has been publicly filed — specifically, Docket # 22-8 — still contains the victim's name in numerous instances (see, e.g., Docket # 22-8, ¶¶ 6-12, 16, 18).

      To remedy this situation, respondent is directed to recheck the entirety of the publicly filed documents attached to Docket # 22 (i.e., the exhibits other than 22-2, 22-7, and 22-10) and to (1) file a letter that indicates which of these exhibits contain the victim's name and (2) file a version of any such exhibit that redacts in every instance the name of the victim. These filings shall be made by May 16, 2025. At a minimum, this will require filing a redacted version of exhibit 22-8.

      In the meantime, the Court hereby directs the Clerk to seal Docket # 22 and all its exhibits so that they are visible only to case participants.

      SO ORDERED.

Dated: May 9, 2025
       New York, New York

                                                             _____
                                                             GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge