UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                    :

PAUL NILES,
                                                                    :

                Petitioner,                                    **ORDER**
                                                                    :

                -v.-                                                   23 Civ. 9186 (RA)(GWG)
                                                                    :

DANIELLE DILL
                                                                    :

                Respondent.
                                                                      :
-----------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       The Court hereby directs the Clerk to unseal Dockets ## 22, 22-5; 22-6; and 22-9, so they are visible to the public.  Dockets ## 22-1; 22-2; 22-3; 22-4; 22-7; 22-8; and 22-10 should remain under seal, visible only to case participants.

       SO ORDERED.

Dated: May 19, 2025
       New York, New York

                                                   _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge